# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen |
| | : | |
| v. | : | Mag. No. 25-8186 |
| | : | |
| JOAN SEBASTIAN CASTANEDA LOZADA | : | **CRIMINAL COMPLAINT** |
| | : | |

I, Kyle Peabody, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ Kyle Peabody
_____
Special Agent Kyle Peabody
Federal Bureau of Investigation

Special Agent Peabody attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(b)(2)(A) on this 13th day of June, 2025.

/s/ Jessica S. Allen
_____
Hon. Jessica S. Allen
United States Magistrate Judge

## ATTACHMENT A

### (Escape from the Custody of an Institution or Officer)

On or about June 12, 2025, in the District of New Jersey, and elsewhere, the defendant,

### JOAN SEBASTIAN CASTANEDA LOZADA,

did knowingly escape from the custody of the Attorney General and her authorized representative, and from custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge, and from the custody of an officer or employee of the United States, pursuant to lawful arrest, as a result of confinement for exclusion or expulsion proceedings under the immigration laws.

In violation of Title 18, United States Code, Section 751(a).

## ATTACHMENT B

I, Kyle Peabody, am a Special Agent with the Federal Bureau of Investigation ("FBI"). The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including documents and physical evidence. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. At all times relevant to this Complaint, the defendant, JOAN SEBASTIAN CASTANEDA LOZADA ("CASTANEDA LOZADA"), was a native and citizen of Colombia and was not a citizen of the United States.

2. On an unknown date and at an unknown location, CASTANEDA LOZADA entered the United States without inspection, admission, or parole by an immigration officer.

3. On or about September 20, 2022, U.S. Border Patrol apprehended CASTANEDA LOZADA and issued him a Notice to Appear, Form I-862.

4. On or about February 1, 2024, CASTANEDA LOZADA submitted an Application for Asylum and for Withholding of Removal to U.S. Citizenship and Immigration Services.

5. On or about May 15, 2025, Hammonton Police Department arrested CASTANEDA LOZADA for burglary, theft, and conspiracy to commit burglary. At that time, he was detained at the Atlantic County Jail.

6. On or about May 16, 2025, officers with U.S. Immigration and Customs Enforcement – Enforcement and Removal Operations ("ICE-ERO") apprehended CASTANEDA LOZADA, at which time he was detained in the custody of the Attorney General pending removal proceedings.

7. On or about June 12, 2025, CASTANEDA LOZADA, was detained at Delaney Hall, a privately owned detention center, which currently operates as a federal immigration detention facility. On or about that date, CASTANEDA LOZADA escaped from Delaney Hall. Specifically, CASTANEDA LOZADA fled the facility by breaking through an aluminum second-story wall, dropping mattresses

through the opening in the wall to provide a landing place on which to jump, and utilizing bed sheets to cover barbed wire in order to climb over the fence.